**Robert E. JUDSON, Appellant, v. Frank H. TURNER and Joseph P. Dolan, U. S. Local Inspectors of Hulls and Boilers, Steamboat Inspection Service Department of Commerce, Constituting the Local Board of Directors for the Port of San Francisco, Appellees.**

**No. 6606.**

Circuit Court of Appeals, Ninth Circuit.

Jan. 8, 1932.

William Denman and Lyman Henry, both of San Francisco, Cal., for appellant.

Geo. J. Hatfield, U. S. Atty., and Esther B. Phillips, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before WILBUR and SAWTELLE, Circuit Judges, and McCORMICK, District Judge.

PER CURIAM.

Upon the suggestion by counsel for appellant of the death of the appellant, it is ordered that the appeal in this cause be dismissed; mandate forthwith.